UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
IN THE MATTER OF THE TAX
LIABILITIES OF:

JOHN DOES, United States taxpayers, who at
any time during the years ended December 31,
2004, through December 31, 2012, directly or
indirectly had interests in or signature or other
authority (including authority to withdraw funds;
trade or give instructions or receive account
statements, confirmations, or other information,
advice or solicitations) with respect to any
financial accounts maintained at, monitored by,
or managed through Zurcher Kantonalbank and
financial accounts maintained at, monitored by,
or managed through other Swiss financial
institutions that Zurcher Kantonalbank permitted
to transact client business through its United
States correspondent accounts at Citibank NA
and Bank of New York Mellon.
-------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/07/2013

Case No. 13 MC 0378

*Kmw &* [PROPOSED] **ORDER GRANTING**
***EX PARTE* PETITION FOR
LEAVE TO SERVE "JOHN DOE"
SUMMONSES**

ECF Case

THIS MATTER is before the Court upon the United States of America's "*Ex Parte* Petition for Leave to Serve 'John Doe' Summonses" (the "Petition"). Based upon a review of the Petition and supporting documents, the Court has determined that the "John Doe" summonses to Citibank NA and Bank of New York Mellon relate to the investigation of an ascertainable group or class of persons, that there is a reasonable basis for believing that such group or class of persons has failed or may have failed to comply with any provision of any internal revenue law, and that the information sought to be obtained from the examination of the records or testimony (and the identities of the persons with respect to whose liability the summonses are issued) is not readily available from other sources. It is therefore:

ORDERED AND ADJUDGED that the Internal Revenue Service, through Revenue Agent Cheryl Kiger or any other authorized officer or agent, may serve Internal Revenue Service "John Doe" summonses upon Citibank NA and Bank of New York Mellon in substantially the

form as attached as Exhibits B and C to the Declaration of Cheryl Kiger. A copy of this Order shall be served together with each summons.

SO ORDERED this 7th day of November, 2013.

*[signature]*
UNITED STATES DISTRICT JUDGE

Copy to:

Christopher B. Harwood
Assistant United States Attorney
U.S. Attorney's Office
for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007